IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01822-BNB

DAVID PAUL STORM,

   Applicant,

v.

J. M. WILNER, Warden, FCI - Florence,

   Respondent.

---

## ORDER OF DISMISSAL

---

Applicant, David Paul Storm, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institutional in Florence, Colorado. He initiated this action by submitting *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

In an order filed on August 27, 2008, Magistrate Boyd N. Boland ordered Mr. Storm to cure a deficiency in this case within thirty days. Specifically, Mr. Storm was directed either to pay the $5.00 filing fee or to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The August 27 order warned Mr. Storm that if he failed to cure the designated deficiency within the time allowed, the action would be dismissed without further notice. Mr. Storm has failed within the time allowed to cure the designated deficiency or otherwise to communicate with the Court in any way. Accordingly, it is

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -9 2008

GREGORY C. LANGHAM
                   CLERK

ORDERED that the habeas corpus application is denied, and the action is dismissed without prejudice for failure to cure.

DATED at Denver, Colorado, this 8 day of Oct., 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01822-BNB

David Paul Storm
Reg. No. 08654-081
FCI - Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/9/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk